IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>   v.<br><br>PHILADELPHIA CONSOLIDATED HOLDING CORP., PHILADELPHIA INSURANCE COMPANIES and JOHN DOES 1-10,<br>      Defendants. | Civil Action No.: 2:13-cv-03541-EL<br><br>**CLASS ACTION** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, TRUE HEALTH, CHIROPARCTIC, INC., and Defendants, PHILADELPHIA CONSOLIDATED HOLDING CORP. and PHILADELPHIA INSURANCE COMPANIES, through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each side to bear its own costs.

                        Respectfully submitted,

TRUE HEALTH CHIROPRACTIC, INC.

By: s/Ryan M. Kelly
Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com

Ann M. Caldwell
CALDWELL LAW OFFICE LLC

PHILADELPHIA CONSOLIDATED
HOLDING CORP. and PHILADELPHIA
INSURANCE COMPANIES

By: s/Patrick Casteneda
Patrick Castaneda
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19013
Telephone: 215-656-3378
Fax: 215-606-3378
patrick.castaneda@dlapiper.com

| | |
|---|---|
| 108 W. Willow Grove Ave., Suite 300<br>Philadelphia, PA  19118<br>acaldwell@classactlaw.com | Ana Tagvoryan<br>Joshua Briones<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA  90067<br>Telephone:  310-595-3145<br>Fax:  310-595-3445 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.


/s/Ryan M. Kelly